IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:07cr29DCB-JCS

COURTNEY COLLINS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against **COURTNEY COLLINS** without prejudice.

DUNN LAMPTON
United States Attorney

By: /s/ *Gregory L. Kennedy*

GREGORY L. KENNEDY
Assistant U.S. Attorney
MS Bar No. 9389

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   11th   day of March, 2008.

  s/ David Bramlette  
UNITED STATES DISTRICT JUDGE